# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-10745
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
November 21, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jarious Dwayne Fletcher,

*Defendant—Appellant*.

———————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CR-13-1

———————

Before Davis, Wilson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Jarious Dwayne Fletcher pleaded guilty to possessing a firearm as a felon in violation of 18 U.S.C. § 922(g)(1). On appeal, he argues that § 922(g)(1) is facially unconstitutional under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). Fletcher concedes that this issue is foreclosed by this court's precedent, and he states he is raising the issue to

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10745

preserve it for further review. The Government moves for summary affirmance or, in the alternative, for an extension of time to file an appellate brief.

We rejected a facial challenge to § 922(g)(1) under *Bruen* in *United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025). Accordingly, the Government's unopposed motion for summary affirmance is GRANTED. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). The district court's judgment is AFFIRMED, and the Government's alternative motion for an extension of time to file a brief is DENIED.